UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>  (Lead Defendant:<br>   Curtis Wilson) | Crim. No. 06-061  (RCL) |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of undersigned counsel on behalf of defendant Jerome Kinard, effective March 21, 2006.

```
                          /s/
                 _____
                 James L. Lyons  (50690)
                 Kellogg, Williams & Lyons
                 1925 K Street, N.W., Suite 200
                 Washington, D.C.  20006
                 (202) 496-0722
                 (202) 331-1257  (fax)
```

[x]  CJA

[ ]  Retained