UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>   (Lead Defendant:<br>    Curtis Wilson) | Crim. No. 06-061  (RCL) |

**NOTICE OF FILING**

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTE** that defendant Jerome Kinard files as an attachment to this notice, a copy of a letter dated April 19, 2006, to Assistant United States Attorney Michael Truscott requesting discovery.

Respecfully submitted,

_____/s/_____
James L. Lyons   (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 496-0722
(202) 331-1257  (fax)