UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>  (Lead Defendant:<br>   Curtis Wilson) | Crim. No. 06-061  (RCL) |

**DEFENDANT JEROME KINARD'S MOTION FOR LEAVE TO JOIN AND ADOPT MOTION FOR NOTICE BY THE GOVERNMENT OF ITS INTENTION TO INTRODUCE EVIDENCE OF OTHER CRIMES, WRONGS, ACT AND <u>MISCONDUCT EVIDENCE AND POINTS & AUTHORITIES IN SUPPORT THEREOF</u>**

　　Defendant Jerome Kinard, by and through his attorney, respectfully moves the Court pursuant to Rules 12(b)(3)(C) for leave to join and adopt the motion concerning Rule 404(b) evidence filed by counsel for co-defendant Travis Sweet.  As grounds for this motion, counsel states:

　　1. The Rule 404(b) issues raised by counsel for co-defendant Travis Sweet also apply to defendant Kinard.

　　2.  The Court's granting of defendant Kinard's request to join and adopt the foregoing motion of co-defendant Sweet will avoid duplication of motions and promote judicial economy in resolving the issues contained in the Rule 404(b) motion.

WHEREFORE, defendant Kinard requests that this motion be granted.

Respectfully submitted,

_____/s/_____
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 496-0722  (telephone)
(202) 331-1257  (fax)