UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>   (Lead Defendant:<br>    Curtis Wilson) | Crim. No. 06-061  (RCL) |

### ORDER

Upon consideration of defendant's motion for leave to join and adopt motion for notice by the government of its intention to introduce evidence of other crimes, wrongs, acts and misconduct evidence filed by counsel for co-defendant Travis Sweet, and good cause having been shown, it is this \_\_\_\_\_ day of _____, 2006,

**ORDERED,** that defendant's motion be and hereby is GRANTED.

_____
Honorable Royce C. Lamberth
District Court Judge