UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>  (Lead Defendant:<br>   Curtis Wilson) | Crim. No. 06-061  (RCL) |

**DEFENDANT JEROME KINARD'S MOTION FOR LEAVE TO JOIN AND ADOPT CODEFENDANT WILSON'S MOTION TO SUPPRESS EVIDENCE AND INCORPORATED MEMORANDUM OF LAW**

Defendant Jerome Kinard, by and through his attorney, respectfully moves the Court pursuant to Rules 12(b)(3)(C) and 41 for leave to join and adopt codefendant Curtis Wilson's motion to suppress evidence and incorporated memorandum of law. As grounds for this motion, counsel states:

1. We believe that at a hearing on the motion to suppress defendant Kinard will be able to establish that he had a legitimate expectation of privacy in the apartment at the time of the searach and thus has standing to raise the legality of the search. See United States v. Thomas, 372 F.3d 1173, 1176 (10th Cir. 2004).

1

2. The Court's granting of defendant Kinard's request to join and adopt the foregoing motion of codefendant Wilson will avoid duplication of motions and promote judicial economy in resolving the issues contained in the suppression motion.

WHEREFORE, defendant Kinard requests that this motion be granted.

                              Respectfully submitted,

                              _____/s/_____
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 496-0722  (telephone)
(202) 331-1257  (fax)