UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>  (Lead Defendant:<br>   Curtis Wilson) | Crim. No. 06-061  (RCL) |

### ORDER

Upon consideration of defendant's motion to join and adopt codefendant Curtis Wilson's motion to suppress evidence, the government's opposition thereto, and the record herein, it is this _____ day of _____, 2006,

**ORDERED,** that defendant's motion be and hereby is GRANTED.

_____
Honorable Royce C. Lamberth
District Court Judge