UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD<br>  (Lead Defendant:<br>   Curtis Wilson) | Crim. No. 06-061-04  (RCL) |

**DEFENDANT JEROME KINARD'S MOTION FOR LEAVE TO FILE
AT A LATER DATE AN OPPOSITION TO THE GOVERNMENT'S
<u>MOTION TO CONSOLIDATE CASES FOR PURPOSES OF TRIAL</u>**

Defendant Jerome Kinard, by and through his attorney, respectfully moves the Court pursuant to Rules 12(b)(3)(C) for leave to file at a later date an opposition to the government's motion to consolidate cases for purposes of trial.  As grounds for this motion, counsel states as follows:

1. Defendant Kinard and the government are in the process of trying to negotiate a guilty plea in defendant's case.  Counsel is hopeful that the negotiations will be completed within days and that defendant Kinard will enter a guilty plea at the status call on July 12, 2006.

2.  If, for any reason, defendant Kinard is unable to reach

1

a resolution of his by a guilty plea and elects to go to trial with co-defendant Travis Sweet, defendant would have an objection to the government's pending motion to consolidate defendant Sweet's cases for trial.

3. Although defendant Sweet's new charges may be "of the same or similar character" and thus could be joined under Rule 8(a) of the Federal Rules of Criminal Procedure, the new charges are not joinable with defendant Kinard's case under Rule 8(b) because they are not part of the "same act or transaction, or in the same series of acts or transactions" as regards the charges against defendant Kinard and his co-defendants in this case.

4. Thus, defendant Kinard requests leave to file at a later date a detailed opposition to the government's motion to consolidate should defendant be placed in a position of going to trial with co-defendant Sweet.

                                    Respectfully submitted,

                                _____/s/_____
                                James L. Lyons   (50690)
                                Kellogg, Williams & Lyons
                                1925 K Street, N.W., Suite 200
                                Washington, D.C.  20006
                                (202) 496-0722  (telephone)
                                (202) 331-1257  (fax)