UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-061 (RCL) |
| JEROME KINARD, | : | |
| Defendant. | : | |

Let this be filed
Royce C. Lamberth
U.S.D.J. 7/12/06

### GOVERNMENT'S SUBMISSION TO THE COURT
### IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Jerome Kinard, hereby submit the following in preparation for a plea hearing in the instant case.

I. ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Distribution of a Controlled Substance (Cocaine Base), in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C), are:

1. The defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected anything of value in return.

2. That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3. The law makes Cocaine Base a controlled substance. The substance distributed by the defendant must be a measurable amount of cocaine base. It must also be smokeable.

II. <u>COPY OF THE PLEA AGREEMENT</u>

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. <u>PENALTIES</u>

Pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C):

1. a term in prison of not more than 30 years;
2. a fine of not more than $2,000,000; and
3. a term of supervised release of not less than six years.

IV. <u>FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA</u>

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on January 18, 2006, at approximately 8:45 p.m., an undercover officer (UC) with the Metropolitan Police Department went to Apartment 101 of 3650 Minnesota Avenue, S.E., Washington, D.C. When the UC knocked on the door, it was answered by a black male, who was later identified as the defendant, Jerome Kinard. When the defendant asked the UC what he wanted, the UC responded by stating "twenty" and gave the defendant $20 in prerecorded Metropolitan Police Department funds. In return, the defendant gave the UC two pink ziplocks of a white rock-like substance. This substance was submitted to the DEA for analysis and determined to be cocaine base weighing .25 grams. The defendant also advised the UC that he had heroin for sale.

///


///


///

The defendant was identified by the UC on January 24, 2006 when the police executed a search warrant at Apartment 101, 3650 Minnesota Avenue, S.E., Washington, D.C.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
202-514-7533

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, James L. Lyons, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 07-12-06

JEROME KINARD
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 07-12-06

JAMES L. LYONS
Attorney for Defendant