UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME KINARD | Cr. No. 06-61-04 (RCL) |

**DEFENDANT KINARD'S EXHIBITS TO SENTENCING MEMORANDUM**

Penn Foster Career School Information............... Exhibit A

Letter from Mr. Trudell Taylor, General Manager.
   Northern Pipeline Construction Company............ Exhibit B

Letter from Mrs. Delores A. Miles-Brown,
   Defendant's Mother................................ Exhibit C

Letter from Jerome Kinard, Jr., and Je'Von Russell,
   Defendant's Sons.................................. Exhibit D

Letter from La Toya Roane, Defendant's Friend....... Exhibit E

| STUDENT LOGIN | USA SITE | Choose Your Country | | Search |

# PENN FOSTER CAREER SCHOOL

THE LARGEST ACCREDITED OF INDEPENDENT HOME

**HOME | ABOUT US | CONTACT US | ASSOCIATE DEGREES | CAREER DIPLOMAS | HIGH SCHOOL | ALL PROGRAMS | A**

Home : All Programs : High School, Program Overview

- PROGRAM OVERVIEW
- PROGRAM OUTLINE
- CAREER OUTLOOK
- TUITION AND FEES
- ACCREDITATION
- HOW IT WORKS
- STUDENT TESTIMONIALS
- *NEW!* CAREER SERVICES

ENROLL NOW

REQUEST INFORMATION



SPEAK WITH AN
ENROLLMENT ADVISOR
1-800-275-4410





Our school is registered with the NCAA Initial-Eligibility Clearing House.
School Code: 394413

For Job Corps Information
Click here

## Earn your High School Diploma at home, at your own pace.

**PROGRAM OVERVIEW**

Becoming a High School graduate opens up new opportunities - go to college, start a new career, earn more money. Even if you decide not to go on to college, your High School Diploma can qualify you for new career fields.

Don't settle for your GED, get your High School Diploma instead. According to the Bureau of Labor statistics, a student with a High School Diploma will likely earn more and is more likely to complete a college degree than one who has only earned a GED certificate.

Earning your high school diploma at home with Penn Foster is convenient, affordable, and accredited. Since there is no set class schedule, you study when and where it's convenient for you. You work at your own pace. There's no one to rush you or hold you back. And while you'll work independently, you're never alone. Expert instructors and support staff - dedicated to helping you complete your coursework – are just a phone call or an e-mail away. Prepare for your High School Diploma at home with these courses and more:

- Reading Skills, English, and Mathematics
- American and World History
- Biology, Earth Science, and Physical Science
- Career-oriented electives like Auto Repair Technician, Personal Computer Specialist, and more
- Traditional electives like Chemistry, Spanish, and Music

In as little as nine months for each year of High School you need, you can have your High S Diploma. If you only need a course or two, we offer you the opportunity to take only the cou need. Click here for a list of High School courses available.

**Career Services Included!**
Graduates of the Penn Foster High School Diploma program can take advantage of the Pe Career Services which includes access to information on how to search for and find that gr on interviewing, preparing a cover letter, and we'll even have a Certified Professional Resu help you create your resume.

**Enroll Today... Start TODAY!**

> When you enroll with Penn Foster you're able to start your studies almost immediately. O
> receive your confirming email with your student I.D. number, you can log into the Penn Fo
> student web site and begin your course.
>
> Get more information today, contact us or enroll online and you could be working on yc
> lesson – and toward a new career – in a matter of minutes!

**Respected and Accredited**
You'll earn your High School Diploma from Regionally and Nationally Accredited Penn Fos
School. Penn Foster Career School is accredited by the Middle States Commission on Sec
Schools, the Accrediting Commission of the Distance Education and Training Council (DE1
licensed by the Pennsylvania State Board of Private Licensed Schools.

**Contact Penn Foster Today.**
We'll send you FREE information with absolutely no obligation! Find out more about earnin
School Diploma. Your program includes:

* All the textbooks, lessons, and study guides you need.
* Toll-free instructional support.
* Access to student services by website, phone, and mail.

ENROLL NOW    REQUEST INFORMATION

SPEAK WITH AN ENROLLMENT ADVISOR  1-800-275-4410

BACK TO TOP

Home | About Us | Contact Us | Privacy Policy | Copyright & Terms | Site Map

Quality – The Pipeline to Success
Manassas, Virginia

To The Honorable Judge Lambert:

Re: OFFER OF EMPLOYMENT FOR JEROME M. KINARD

I have known Jerome Kinard for over 12 years. I have watched him these past several years with his two sons and have seen the hardships that he has gone through with them. Jerome came to me and expressed an interest in getting employment and changing his life.

I have offered Jerome a full-time position with Northern Pipeline Construction Company as a Flagger. The company has a zero tolerance for drug use and I explained to Jerome that once he has started working, company policy requires random drug testing. Jerome has agreed to this policy. He will be required to get certification for his position which the company will supply. Jerome's starting salary will be between $10.00 - $13.50/hr.

If you need to speak with me, please call me on 571-921-0208.

Sincerely,

Trudell Taylor
General Manager

# Delores A. Miles-Brown

2222 Perry Street, NE
Washington, DC 20018
(202) 636-8622 - H
(202) 408-1080 - W

---

November 6, 2006

Dear Judge Lambert:

Jerome Kinard is a single parent with two sons. He stepped up to the plate to gain legal custody of his children (Jerome, and Je'Von) a few years ago when he was contacted by CPS. The three of them reside in my home at 2222 Perry Street, NE. Since gaining custody of his children, Jerome has attended regular parent teacher meetings at their school, supports them in their church activities, and participated as a team parent with the neighborhood football league.

When the children were not living in my home their grades were low, they were left alone, and were literally raising themselves. They are now doing very well in school and participate in after school activities, attend the YMCA, and are members of the Woodridge Warriors Youth Organization. Since their mother is not a regular parent in their lives the children have become very attached to having their father present.

Jerome has applied for numerous jobs online and in person but has found it difficult for an individual to obtain a job (1) without having a high school diploma and (2) being an ex-felon. He is now taking online classes to obtain his high school diploma from Penn Foster Career School. He should complete his classes in about 10 months and receive is high school diploma. He also has inquired about participating in the DC Empowerment Program. This is a program for ex-offenders as well as other DC residents. This program offers training and job placement. He has spoken with Ms. Cecilia Harkins about the program and he is on the waiting list to attend the next session of classes. This program also offers a small stipend while in training.

I am Jerome's mother and would like the court to consider as a part of his sentence (instead of incarceration) requiring Jerome to complete his high school diploma classes and either enroll in the Empowerment program or get a job that would help support his children as well as provide a positive roll model for them.

Sincerely,

Delores A. Miles-Brown

November 8, 2006

Dear Judge Lambent

I like my Father living with us. He comes to our Football games sometimes I can hear him cheering for me and my team. When I get in trouble at school he comes to the school and talks to my teachers. He tells me to get good grades and stop getting in trouble. Sometimes he takes us out to eat. We have a lot of fun.

When I grow up I want to be a lawyer. My brother wants to be a Football player. He tells us we have to work hard and do not stop trying to do good.

We want him to be with us.

Jerome Kinard Jr.
Son

Je'Von Russell
Son

## From The Desk of La Toya Roane

November 7, 2006

To whom it may concern:

I have known Jerome for over 10 years. He is a very compassionate person. I have a lot of respect for Jerome because he has stepped up to the plate and gain custody of his two sons. Although I understand the nature of his case, I would like to see Jerome gain meaningful employment and take care of his children. Instead of jail, I think Jerome should be allowed the opportunity to receive an education and job training.

*La Toya Roane*