UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-61-04 |
| | : | |
| | : | Sentencing: November 17, 2006 |
| JEROME KINARD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

UNITED STATES' ERRATA SHEET

COMES NOW, the United States of America, by and through the undersigned attorneys, and hereby submits its errata sheet in conjunction with the United States' Motion for Two-Point Reduction for Acceptance of Responsibility and Memorandum in Aid of Sentencing.

1. In paragraph 6 on page 2, please delete the following sentence in its entirety: "Pursuant to the plea agreement, the defendant is reserving his right to appeal the Court's order of June 6, 2006, in which the Court denied the Defendant's Motion to Suppress."

2. In paragraph 7 on page 2, please delete the number "60" and insert the number "10".

Respectfully,
JEFFREY A. TAYLOR
United States Attorney

By: _____
MICHAEL T. TRUSCOTT
ASSISTANT UNITED STATES ATTORNEY
Member of the New York Bar
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Phone: (202) 514-7533
Fax: (202) 514-6010