HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **06-CR-61-04** |
| | : | |
| vs. | : | SSN: |
| | : | |
| Kinard, Jerome | : | Disclosure Date: **October 16, 2006** |

**FILED**
**NOV 17 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>**For the Government**</u>

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                   _____
**Prosecuting Attorney**                                                     Date

<u>**For the Defendant**</u>

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.
   (✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Jerome Kinard*  10/22/06                              *James L. Lyons*  10/22/06
**Defendant** by JL    Date                          **Defense Counsel**           Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 30, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

SEE ATTACHED LETTER FROM JAMES L. LYONS

Signed by: _Jerome Kinard by JN_
(Defendant/Defense Attorney/AUSA)

Date: _____

KELLOGG, WILLIAMS & LYONS
ATTORNEYS AT LAW
1925 K STREET, N.W., SUITE 200
WASHINGTON, D.C. 20006

(202) 496-0722
FACSIMILE (202) 331-1257

EDWIN A. WILLIAMS*
PHILIP L. KELLOGG
JAMES L. LYONS

*ALSO MEMBER OF VIRGINIA BAR

RECEIVED
MAILROOM

2006 OCT 25 PM 3:31

U.S. PROBATION OFFICE
DISTRICT OF COLUMBIA

VIRGINIA OFFICE
386 MAPLE AVENUE, EAST
VIENNA, VIRGINIA 22180
(703) 938-4875

October 23, 2006

VIA MAIL
~~HAND-DELIVERED~~

U.S. Probation Officer Tennille Losch
United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C.   20001

Re:   U.S. v. Jerome Kinard, Cr. No. 06-61-04

Dear Ms. Losch:

Mr. Kinard and I have reviewed his Presentence Investigation Report ("Report") and we note the following inaccuracies:

1.   Page 2 the Report states "Aliases: Eric Wilson." Mr. Kinard states that he never used this name. Perhaps it is an alias for Curtis Wilson, who is one of the co-defendants in this case.

2.   We would ask that the following sentence be added to the end of paragraph 1. "Mr. Kinard is charged only in Court 1."

3.   We would ask that the following sentence be added to the end of paragraph 2. "According to indictment, Mr. Kinard's criminal conduct occurred on January 18, 2006.

4.   Page 8, paragraph 34 states: "Jerome Maurice Kinard was born on October 11, 2006." This should be changed to "October 11, 1969."

    5.    Page 8, paragraph 35:  change "Alonzo" in the last sentence to "Jerome."

    6.    Page 11, paragraph 54:  "30 years" should be changed to "20 years" in view of footnote 1 on page 3.

    7.    Page 11, paragraph 55 should read:  "Based on a total offense level of 12 and a criminal history category of I, the guideline range for imprisonment is 10 to 16 months."  See page 5, paragraph 25 which sets the total offense level at 12.

    If you have any questions with the foregoing, please call me.

    Thank you.

                                          Sincerely yours,

                                          James L. Lyons

JLL:hs
Enclosure

cc:  Assistant United States Attorney Michael T. Truscott