PROB 12C-DC
(Rev 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

FILED

APR 1 7 2008

Clerk, U.S. District and
Bankruptcy Courts

U.S.A. vs. **Jerome Kinard**                     Docket No.: **CR-06-61-4**

## REQUEST FOR COURSE OF ACTION
### (Issuance of Warrant)

COMES NOW **Michael Segal**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jerome Kinard**, who was placed on Probation by the Honorable **Royce C. Lamberth**, United States District Judge, sitting in the Court at Washington, D.C., on the **16th** day of **November**, **2006**, who fixed the period of probation at **5** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

- pay a $100 special assessment;
- serve 180 days of electronic monitoring;
- participate in an educational/vocational skills training program;
- complete 50 hours of community service; and
- participate in a substance abuse program.

Mr. Kinard was sentenced by the Court on November 17, 2006, to 60 months probation after having pled guilty to Unlawful Distribution of Cocaine Base. Supervision commenced on November 17, 2007, and is scheduled to expire on November 16, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation(s) of Probation

1. **The defendant shall not commit another federal, state, or local crime. (Standard Condition)**

2. **The defendant shall not commit another federal, state, or local crime. (Standard Condition)**

3. **The defendant shall not commit another federal, state, or local crime. (Standard Condition)**

4. **The defendant shall notify the U.S. Probation Office within 72 hours of being arrested or questioned by a law enforcement officer (Standard Condition number 11).**

**Jerome Kinard**
**Docket No.: CR-06-61-4**
**Page 2**


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Michael Segal, Psy.D.
U.S. Probation Officer
(202) 565-1460


Approved By: _____
Darryl L. Hughes, Supervising
United States Probation Officer