UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
APR 17 2008
Clerk, U.S. District and
Bankruptcy Courts

U.S.A. vs. **Jerome Kinard**                                        Docket No.: **CR-06-61-4**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a warrant be issued for the arrest of Jerome Kinard as a Probation violator.

ORDER OF COURT

Considered and ordered this ___17th___ day of ___April___, 2008.

_____
Royce C. Lamberth
United States District Judge